IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRIAN WILSON, ET AL.                          PLAINTIFFS

V.                          NO: 1:08CV00051 BSM

SMITHKLINIE BEECHAM CORP.                          DEFENDANT

**ORDER**

The parties' joint motion for entry of a scheduling order governing expert discovery [Doc. No. 21] is granted. Expert discovery shall proceed as follows: (1) The deadline for plaintiffs to serve Fed. R. Civ. P. 26(b) disclosures is January 18, 2010; (2) The deadline for defendant to serve Fed. R. Civ. P. 26(b) disclosures is March 22, 2010; and (3) the deadline for parties to file *Daubert* motions is May 20, 2010.

Furthermore, SmithKline's motion to permit Ursula M. Henninger to make a special appearance as counsel in this matter [Doc. No. 22] is granted.

IT IS SO ORDERED this 2nd day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE