IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRIAN WILSON and
STEPHANIE WILSON, Individually
and as parents and natural guardians
of LAUREN M. WILSON, a minor                                              PLAINTIFFS

v.                          NO. 1:08CV00051 BSM

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE                                                            DEFENDANT

## ORDER

The motion to dismiss of plaintiffs Brian Wilson and Stephanie Wilson, individually and as guardians for Lauren M. Wilson, a minor, (Doc. No. 38) is granted. Plaintiffs' claims are hereby dismissed with prejudice.

IT IS SO ORDERED this 19th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE